**Motion Granted; Order filed April 10, 2014**



In The

# Fourteenth Court of Appeals

_____

NO. 14-14-00047-CV

_____

**GREENBERG TRAURIG, LLP, Appellant**

**V.**

**NATIONAL AMERICAN INSURANCE COMPANY AND OKIE FOUNDATION DRILLING CO., INC., Appellees**

---

**On Appeal from the 151st District Court**
**Harris County, Texas**
**Trial Court Cause No. 2013-39837**

---

## O R D E R

The clerk's record was filed February 6, 2014. Appellees filed a motion requesting supplementation of the record. The motion is granted.

The Harris County District Clerk is directed to file a supplemental clerk's record on or before May 12, 2014, containing Appellee's Provisional Cross Notice of Appeal filed on January 29, 2014 in addition to the following items:

| No. | Image No. | Pleading and or Exhibit | Date Filed |
|---|---|---|---|
| 1. | 56967287 | Answer of Defendant Greenberg Traurig, LLP to Plaintiffs' Original Petition. | 08/16/2013 |
| 2. | 57055374 | Defendant Russell DePalma's Original Answer Subject to His Motion to Transfer Venue | 08/23/2013 |
| 3. | 57055266 | Defendant FisherBroyles, LLP's Answer, Subject to Motion to Transfer Venue | 08/23/2013 |
| 4. | 57349361 | Proposed Order Granting Defendant Greenberg Traurig, LLP's Motion to Compel Arbitration | 09/18/2013 |
| 5. | 57375379 | Notice of Hearing | 09/20/2013 |
| 6. | 57396078 | First Amended Notice of Hearing | 09/23/2013 |
| 7. | 57772356 & 57772327 | Exhibits 1& 2 to National American Insurance Company and Okie Foundation Drilling Co. Inc.'s Motion to Continue Hearing on Greenberg Traurig, LLP's Motion to Compel Arbitration and Response to Greenberg Traurig, LLP's Motion to Compel Arbitration (Document 57772325 - Designated by Greenberg Traurig, LLP) | 10/14/2013 |
| 8. | 57891982 | Notice of Hearing | 10/21/2013 |
| 9. | 57910104 | Exhibit A to National American Insurance Company and | 10/22/2013 |

| No. | Image No. | Pleading and or Exhibit | Date Filed |
|---|---|---|---|
| | | Okie Foundation Drilling Co., Inc.'s Amended and Supplemental Response to Greenberg Traurig, LLP's Motion to Compel Arbitration and Motion to Stay Arbitration Proceedings Pursuant to Texas Civil Practice and Remedies Code §171.023 (Document 57910102- Designated by Greenberg Traurig, LLP) | |
| 10. | 57975145 | Signed Order Granting Continuance | 10/22/2013 (Signed 10/24/13) |
| 11. | 58694334 & 58694336 & 58694337 & 58694339 & 58694340 | Exhibits 1-5 to National American Insurance Company and Okie Foundation Drilling Co., Inc.'s Second Amended and Supplemental Response to Greenberg Traurig, LLP's Motion to Compel Arbitration and Motion to Stay Arbitration Proceedings Pursuant to Texas Civil Practice and Remedies Code §171.023 and Alternatively, National American Insurance Company and Okie Foundation Drilling Co., Inc.'s Motion to Compel Defendant FisherBroyles, LLP to Participate in Arbitration Proceeding (Document 58694917 - Designated by Greenberg Traurig, LLP) | 12/09/2013 |
| 12. | 58755292 | Defendants Russell DePalma and FisherBroyles, LLP's Response to Plaintiffs' Alternative Motion to Compel Joint Arbitration | 12/13/2013 |
| 13. | 58755184 | Russell DePalma and FisherBroyles, LLP's Proposed Order | 12/13/2013 |

If the omitted items are not part of the case file, the district clerk is directed to file a supplemental clerk's record containing a certified statement that the omitted items are not a part of the case file.


PER CURIAM